Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE TRUST FUND; SOUTHERN ALASKA CARPENTERS RETIREMENT FUND; ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND; and ALASKA CARPENTERS TRAINING TRUST,<br><br>                Plaintiffs,<br>   v.<br><br>GREYROCK DRILLING & PILEDRIVING LLC, a Washington limited liability company,<br><br>                Defendant,<br><br>PACIFIC PREMIER BANK, N.A.,<br><br>                Garnishee. | Case No. 2:24-mc-00025-JNW<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditors: | Alaska Carpenters Health and Welfare Trust Fund; Southern Alaska Carpenters Retirement Fund; Alaska Carpenters Defined Contribution Trust Fund; and Alaska Carpenters Training Trust |
| Garnishment Judgment Debtor (Garnishee): | Pacific Premier Bank, N.A. |
| Garnishment Judgment Amount: | $5,725.29 |

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S
ANSWER AND ORDER TO PAY – 1
2:24-mc-00025-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

| | |
|---|---|
| Costs Judgment Debtor (Defendant): | Greyrock Drilling & Piledriving LLC |
| Costs Judgment Amount: | $384.50 |
| Judgments to Bear Interest at: | 0.00% |
| Attorneys for Judgment Creditors: | Jeffrey G. Maxwell, Esq.<br>Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, Washington 98101 |

IT APPEARING THAT Garnishee Defendant Pacific Premier Bank, N.A. was indebted to Defendant/Judgment Debtor Greyrock Drilling & Piledriving LLC in the nonexempt amount of $5,725.29; that at the time the Writ of Garnishment was issued, Garnishee Defendant had in its possession or control fund, personal property, or effects of Defendant; and that Plaintiffs have incurred $384.50 in recoverable costs and attorney fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Pacific Premier Bank, N.A. in the amount of $5,725.29; that Plaintiffs are awarded judgment against Defendant Greyrock Drilling & Piledriving LLC in the amount of $384.50 for recoverable costs and attorney fees; that Garnishee Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $5,725.29; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the court in the principal amount of $5,725.29, payable to Barlow Coughran Morales & Josephson, P.S., in trust for the Alaska Carpenters Trust Funds, and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue,

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S
ANSWER AND ORDER TO PAY – 2
2:24-mc-00025-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Suite 910, Seattle, WA 98101.  Garnishee Defendant is advised that the failure to pay the judgment amount may result in execution of the judgment, including garnishment.

Dated: December 17, 2024.

_____
Honorable Jamal N. Whitehead
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY – 3
2:24-mc-00025-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900